# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv197

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| RUGER, MODEL 223 MINI RIFLE, | ) | |
| SERIAL NO. 18492495, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on review of the Certificate of Initial Attorneys Conference. While issues have now joined under Local Civil Rule 16.1(D), there are a number of tasks that have been left unaccomplished:

(1) no motion has been filed for appointment of a guardian ad litem for each of the minor claimants. Counsel are respectfully advised that another claimant can not serve in that capacity and the court will need a separate guardian for each minor;

(2) Kristopher Mark Murphy Van Buskirk, a minor, has not filed an answer and the time for doing so has expired; and

(3) while the parties appear to consent to jurisdiction under 28, United States Code, Section 636(c), the applicable form has not been executed and claimant Kristopher Mark Murphy Van Buskirk, a minor, has not consented. Additionally, any consent from the answering minors made without a guardian would be invalid.

The court will set this matter on for hearing on Tuesday, August 18, 2009, at which time such issues will be addressed as well as whether a Pretrial Order can be entered.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this matter is **CALENDARED** for a status conference on Tuesday, August 18, 2009, at 12 noon.

```
Signed: August 13, 2009
```

Dennis L. Howell
United States Magistrate Judge