# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:09cv197

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **RUGER, MODEL 223 MINI RIFLE,** | ) | |
| **SERIAL NO. 18492495,** *et al.*, | ) | |
| | ) | |
| **Defendants,** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the government's Motion to Cancel Order for Mediation (#37). Review of the pleadings reveals that the court set a deadline for mediation in error inasmuch as civil forfeiture is specifically excluded from the requirements of mediation under Local Civil Rule 16.2(B). The court apologizes for such error and the inconvenience it has caused respective counsel.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Cancel Order for Mediation (#37) is **ALLOWED** and the requirement of mediation is **STRICKEN** as improvidently required.

Signed: March 15, 2010

Dennis L. Howell
United States Magistrate Judge

-1-