UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO 1:09cv197

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ruger, model 223 mini rifle, ... *et al*,<br><br>Defendants. | CONSENT ORDER<br><br>AND<br><br>DISMISSAL<br><br>OF COMPLAINT |

The United States and the five Claimants, together with their representatives and counsel, having filed a Settlement Agreement on November 10, 2010, resolving all issues between and among them, the Court hereby incorporates all provisions of the Settlement Agreement in this Order. The Court finds that the United States has complied with all notice requirements under Rule G(4) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Title 28, U.S.C. Appendix, and that there are no other claimants. The Settlement Agreement shall be enforced as an Order of this Court. The Complaint is hereby dismisssed.

IT IS SO ORDERED

This the 6th day of December, 2010

RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE

WITH THE CONSENT OF:

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
THOMAS R. ASCIK
ASSISTANT UNITED STATES ATTORNEY

12/3/10
DATE

_____
JOHN BYRD
COUNSEL TO THE CLAIMANTS

3 Dec 2010
DATE